IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| HERBERT H. MULLINEX, JR.<br>And PATRICIA E. MULLINEX,<br><br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC., CRANE CO., individually and as parent and/or successor in interest to CHAPMAN VALVES MANUFACTURING CO., GARDNER DENVER, INC., IMO INDUSTRIES, INC., As successor in interest to DELAVAL PUMPS, JOHN CRANE, INC., SPIRAX SARCO, INC., WACO, INC., WARREN PUMPS LLC, WEIR VALVES & CONTROLS USA INC., d/b/a ATWOOD & MORRILL CO., INC., 3M COMPANY, CLEAVER-BROOKS COMPANY, INC., a division of AQUA-CHEM INC., and as successor in liabilities to DAVIS ENGINEERING INC.,<br>    Defendants | CIVIL ACTION<br>NO. 4:18-cv-00033-AWA-DEM |

## PLAINTIFFS' MOTION FOR REMAND

NOW COME Plaintiffs, by counsel, and moves this Court to remand this case to the Circuit Court for the City of Newport News, Virginia.

In support of their Motion, Plaintiffs refer this Court to Plaintiffs' Memorandum In Support of Motion for Remand, filed this day.

Plaintiffs' request oral argument on this Motion to be scheduled as soon as possible.

Respectfully submitted,

By:/s/ William W. C. Harty
Of Counsel

1

William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Erin E. Jewell, Esq. (VSB # 71082)
Jeanette Dodson-O'Connell (VSB# 92206)
Spencer Reiss, Esq. (VSB# 92475)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
pleadings@pwhd.com
wharty@pwhd.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, served by electronic mail (PDF attachment) and by U.S. mail, postage prepaid, to counsel for plaintiff and served upon all other counsel of record via electronic mail (PDF attachment) as follows:

Eric G. Reeves, Esq.
Brian J. Schneider, Esq.
MORAN, REEVES & CONN, P.C.
100 Shockoe Slip, 4th Floor
Richmond, VA  23219
*Counsel for John Crane, Inc.*

Daniel R. Griffin, Esq.
O'CONNELL, TIVIN, MILLER & BURNS, LLC
100 E. Wisconsin Avenue, Suite 2250
Milwaukee, WI 53202
*National Counsel for John Crane, Inc.*

Monica T. Monday, Esq.
Gentry Locke
P.O. Box 40013
Roanoke, VA 24022
*Co-Counsel for John Crane, Inc.*

Carl Schwertz, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 1500
McLean, Virginia 22102
*Counsel for Air & Liquid Systems Corporation, Gardner Denver Inc., Spirax Sarco, Inc., and Cleaver-Brooks Company, Inc.*

2

Christopher Wiemken, Esq.
Taylor & Walker, P. C.
555 East Main Street, Suite 1300
Norfolk, Virginia 23510
*Counsel for Crane Co.*

Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
Clarke, Dolph, Hull, & Brunick PLC
5712 Cleveland Street, Suite 130
Virginia Beach, Virginia 23462
*Counsel for IMO Industries, Inc. and Warren Pumps, Inc.*

Shawn Voyles, Esq.
Scott Hartin, Esq.
McKenry, Dancigers, Dawson, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
*Counselfor Waco, Inc.*

Albert H. Poole, Esq.
David B. Oakley, Esq.
Poole, Brooke & Plumlee, PC
4 705 Columbus Street
Virginia Beach, Virginia 23462
*Counsel for Weir Valves & Controls USA, Inc.*

Malcom Brisker, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Counsel for 3M Company*

                By:/s/ William W. C. Harty
                  Of Counsel

William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Erin E. Jewell, Esq. (VSB # 71082)
Jeanette Dodson-O'Connell (VSB# 92206)
Spencer Reiss, Esq. (VSB# 92475)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
pleadings@pwhd.com
wharty@pwhd.com