IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



Herbert H. Mullinex, Jr., et.al.,

    Plaintiffs,

v.

    Civil Action No: 4:18cv33

Air & Liquid Systems Corporation
*Successor by Merger to Buffalo Pump, Inc.*, et. al.

    Defendants.

## ORDER

Pursuant to General Order No. 2021-04, the suspension of all civil jury trials will expire on April 30, 2021; therefore, this case shall be scheduled for trial. It is ORDERED that the Rule 16(b) Scheduling Order and any related orders shall be amended to reflect the following dates as the deadline for the completion of the items listed:

A jury trial shall commence on **November 2, 2021, at 10:00 a.m. at Norfolk.**

Proposed voir dire and two sets of jury instructions (TYPED IN CAPITAL LETTERS AND INDEXED) shall be electronically filed and delivered to the Clerk on or before **October 26, 2021.**

A final pretrial conference shall be conducted on **October 22, 2019, at 11:00 a.m.** at the courthouse in Norfolk.

A proposed final pretrial order shall be circulated on or before **October 20, 2021.**

An attorneys' conference is scheduled in the office of counsel for plaintiff, on **October 15, 2021 at 2:00 p.m.**

The pretrial disclosures required by Rule 26(a)(3) shall be delivered to all counsel on or before **October 6, 2021** and filed with the Court at the final pretrial conference as part of the final pretrial order. Any objections to this disclosure shall be delivered to all counsel and unrepresented parties on or before **October 13, 2021**, and, if unresolved, will be heard at the final pretrial conference.

Copies of this order shall be forwarded to all counsel of record.

It is so **ORDERED.**

Date: April 21, 2021

                                                    Raymond A. Jackson
                                                  United States District Judge