# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Friday, October 22, 2021

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*      Reporter: Carol Naughton, OCR

| Set: 1:15 p.m. | Started: 1:20 p.m. | Ended: 2:05 p.m. |
|---|---|---|

Case No.   4:18cv33

**Herbert H. Mullinex, Jr., et. al.**

v.

**John Crane, Inc.**

Attorney's William Harty, Robert Hatten, Erin Jewell and Daniel Long. appeared on behalf of the plaintiffs.

Attorney's Brian Schneider, Christopher Massenburg, Laura Hooe and Eric Reeves appeared on behalf of defendant John Crane, Inc.

Matter came on for Status Conference re: strikes for cause.

Comments of the Court.

The court reviewed counsel's proposed strikes for cause and struck the following jurors: 3, 5, 7, 8, 12, 13, 20, 22, 26, 27, 28, 38, 41, 44, 46, 47, 51, 52, 54, 61, 62, 66 and 74.

For reasons stated on the record, trial continued to March 8, 2022 at 10:00 a.m. in Norfolk.

Court will release all jurors and empanel a new jury closer to trial.

Court adjourned.