**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| **HERBERT H. MULLINEX, JR.** | ) | |
| **and PATRICIA E. MULLINEX,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 4:18-cv-00033-RAJ-DEM** |
| | ) | |
| **JOHN CRANE INC., et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOHN CRANE INC.'S RESPONSE TO PLAINTIFFS'**
**SUGGESTION OF DEATH PURSUANT TO FRCP 25**

In her *Suggestion of Death Pursuant to FRCP 25* [ECF No. 436], Plaintiff Patricia Mullinex does more than simply notify the Court and John Crane Inc. ("JCI") of her late husband Herbert Mullinex's passing.  She instead takes the additional opportunity – for reasons that are unclear given the ostensible purpose of the filing – to advance a legal argument regarding the survival of Mr. Mullinex's claim for damages.

Given that ECF No. 436 is of no legal consequence – it moves the Court for no relief of any kind – JCI will offer in response that ECF No. 436 misstates the law on the availability of a survival action under general maritime law.  JCI will respond accordingly to the motion to amend referenced by Mrs. Mullinex in ECF No. 436.

Dated: November 22, 2021

Respectfully submitted,
**JOHN CRANE INC.**
**Defendant**

By:     /s/ Eric G. Reeves
Counsel

2

Eric G. Reeves (VSB # 38149)
Laura May Hooe (VSB # 84170)
Mary Louise Roberts (VSB # 34305)
Lisa Moran McMurdo (VSB # 44371)
MORAN REEVES & CONN PC
1211 E. Cary Street
Richmond, Virginia 23219
Telephone:  (804) 421-6250
Facsimile:  (804) 421-6251
ereeves@moranreevesconn.com
lmayhooe@moranreevesconn.com
mroberts@moranreevesconn.com
lmcmurdo@moranreevesconn.com

Chris Massenburg (*Admitted Pro Hac Vice*)
Manning Gross + Massenburg, LLP
14 Wall Street, 28th Floor
New York, New York 10005
Telephone:  (504) 799-0504
Facsimile:  (504) 535-2886
cmassenburg@mgmlaw.com

**Counsel for John Crane Inc.**

Brian J. Schneider (VSB #45841)
HAWKINS PARNELL & YOUNG, LLP
303 Peachtree St., NE
Suite #4000
Atlanta, GA 30308
Telephone: (804) 921-1306
bschneider@hpylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22ⁿᵈ day of November, 2021, a true and accurate copy of the

foregoing was filed electronically using the CM/ECF system, which will then send a notification

of such filing (NEF) to all counsel of record.

/s/ Eric G. Reeves
Eric G. Reeves (VSB # 38149)
Laura May Hooe (VSB # 84170)
Mary Louise Roberts (VSB # 34305)
Lisa Moran McMurdo (VSB # 44371)
MORAN REEVES & CONN PC
1211 East Cary Street
Richmond, Virginia 23219
Telephone:  (804) 421-6250
Facsimile:  (804) 421-6251
ereeves@moranreevesconn.com
lmayhooe@moranreevesconn.com
mroberts@moranreevesconn.com
lmcmurdo@moranreevesconn.com