IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division



FILED
MAY 20 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PATRICIA E. MULLINEX,
Individually and as Executor of the
Estate of Herbert H. Mullinex, Jr.,

        Plaintiff,

v.                                         Case No. 4:18-cv-00033-RAJ-DEM

JOHN CRANE INC.,

        Defendant.

## ORDER

On May 19, 2022, the Court held a status conference with the parties. During the conference, the Court made rulings from the bench on several outstanding motions and objections. This Order clarifies and supersedes the Court's bench rulings as follows:

1. The Court adopts and affirms the findings in United States Magistrate Judge Douglas E. Miller's Report and Recommendations (ECF Nos. 350, 351, and 352), which pertain to motions filed at ECF Nos. 192, 201, 214, and 248. Accordingly, the parties' objections are overruled.

2. The Court affirms Judge Miller's orders at ECF Nos. 333, 348, and 353. The parties' motions and objections to those orders (ECF Nos. 349, 363, 376, 377, 378, 379, 380, 381, 382, 383, 384, and 387) are denied and overruled, respectively.

3. The Court affirms Judge Miller's rulings regarding the parties' motions and objections at ECF Nos. 416 and 418. *See* Magistrate Order, ECF No. 389. Those motions and objections are denied and overruled, respectively.

4. The Court vacates its bench ruling regarding ECF No. 481. The Court's ruling on the motion is forthcoming.

5. The Court's rulings on all outstanding motions and objections not resolved by this Order are forthcoming.

**IT IS SO ORDERED.**

Newport News, Virginia
May 17, 2022

/s/
Raymond A. Jackson
United States District Judge