IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

PATRICIA E. MULLINEX,
Individually and as Executor of the
Estate of Herbert H. Mullinex, Jr.,

    Plaintiff,

v.                               Case No. 4:18-cv-00033-RAJ-DEM

JOHN CRANE INC.,

    Defendant.

### ORDER

Before the Court is John Crane, Inc.'s ("JCI" or "Defendant") Motion to Dismiss Plaintiff's Claim for Survival Damages ("Motion to Dismiss"). Mot. to Dismiss Pl.'s Claim for Survival Damages, ECF No. 481. For reasons that will be stated in a forthcoming memorandum opinion and order, JCI's Motion to Dismiss is **GRANTED**.

The Clerk is **DIRECTED** to send a copy of this Order to the parties and all counsel of record.

IT IS SO ORDERED.

Newport News, Virginia
May 23, 2022

/s/
Raymond A. Jackson
United States District Judge