IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

PATRICIA E. MULLINEX,
Individually and as Executor of the
Estate of Herbert H. Mullinex, Jr.

        **Plaintiff,**

v.                                    Case No. 4:18-cv-00033-RAJ-DEM

JOHN CRANE, INC.,

        **Defendant.**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A
FOURTH AMENDED COMPLAINT TO CONFORM TO THE
<u>PROCEDURAL POSTURE OF THIS CASE</u>**

    COMES NOW Plaintiff, by counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2) and submits her *Motion for Leave to File a Fourth Amended Complaint to Conform to the Procedural Posture of this Case.* For the reasons set forth in *Plaintiff's Memorandum in Support of Motion for Leave to File a Fourth Amended Complaint to Conform to the Procedural Posture of this Case*, filed contemporaneously herewith, Plaintiff respectfully requests that the Court grant her leave to file the proposed Fourth Amended Complaint attached as **Ex. 1** to *Plaintiff's Memorandum in Support of Motion for Leave to File a Fourth Amended Complaint to Conform to the Procedural Posture of the Case* and for such other relief as the Court deems just and proper.

Respectfully Submitted,

By: /s/ Hugh B. McCormick, III, Esq.
     Of Counsel

Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Daniel R. O. Long, Esq. (VSB # 95873)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
pleadings@pwhd.com
hughmccormick@pwhd.com
Counsel for Plaintiff

Nathan D. Finch, Esq. (VSB #34290)
MOTLEY RICE LLP
401 9th Street, NW, Suite 630
Washington DC, 20004
Phone: (202) 232-5504
Fax: (202) 232-5513
Email: nfinch@motleyrice.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2022 a true and accurate copy of the foregoing was filed electronically with the United States District Court for the Eastern District of Virginia using the CM/ECF system, which automatically sends all necessary notifications of this filing to the following:

Eric G. Reeves, Esq.
Laura May Hooe, Esq.
Mary Lou Roberts, Esq.
Lisa Moran McMurdo, Esq.
**MORAN, REEVES & CONN, P.C.**
1211 East Cary Street
Richmond, VA 23219
Counsel for John Crane, Inc.

Brian James Schneider, Esq.
**SPOTTS FAIN, PC**
411 E. Franklin St., Suite 600
Richmond, VA 23219
Counsel for John Crane, Inc.

Christopher O. Massenburg, Esq. (admitted *pro hac vice*)
**MANNING GROSS & MASSENBURG, LLP**
365 Canal Street, Suite 3000
New Orleans, LA 70130
Counsel for John Crane, Inc.

By: ___*/s/* Hugh B. McCormick, III, Esq.
    Attorney for Plaintiff