# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | |
|---|---|
| PATRICIA E. MULLINEX, Individually and as Executor of the Estate of Herbert H. Mullinex, Jr. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:18-cv-00033-RAJ-DEM |
| JOHN CRANE, INC., *et al.* | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT JOHN CRANE INC.'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Defendant John Crane Inc. ("JCI"), by counsel and pursuant to this Court's May 25, 2022 Order [ECF No. 543], Federal Rule of Civil Procedure 56, and Local Rule of Civil Procedure 56, submits this Supplemental Motion for Summary Judgment. The bases for JCI's Motion are set forth in the accompanying Memorandum that is being filed contemporaneously herewith.

Dated: June 14, 2022

                                                **Respectfully submitted,**
                                                **JOHN CRANE INC.**
                                                **Defendant**

                                By:   /s/ Eric G. Reeves
                                              Counsel

| | |
|---|---|
| Eric G. Reeves (VSB # 38149) | Brian J. Schneider (VSB #45841) |
| Laura May Hooe (VSB # 84170) | SPOTTS FAIN PC |
| Mary Louise Roberts (VSB # 34305) | 411 E. Franklin Street |
| Lisa Moran McMurdo (VSB # 44371) | Suite 600 |
| MORAN REEVES & CONN PC | Richmond, Virginia 23219 |
| 1211 E. Cary Street | Telephone: (804) 921-1306 |
| Richmond, Virginia 23219 | bschneider@spottsfain.com |
| Telephone: (804) 421-6250 | |
| Facsimile: (804) 421-6251 | |
| ereeves@moranreevesconn.com | |
| lmayhooe@moranreevesconn.com | |

mroberts@moranreevesconn.com
lmcmurdo@moranreevesconn.com
Christopher O. Massenburg, Esq (admitted *pro hac vice*)
MANNING GROSS & MASSENBURG, LLP
14 Wall Street, 28th Floor
New York, New York 10005
Telephone: (504) 799-0504
Facsimile: (504) 535-2886
cmassenburg@mgmlaw.com

**Counsel for John Crane Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2022, a true and accurate copy of the foregoing was filed electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Eric G. Reeves
Eric G. Reeves (VSB # 38149)
Laura May Hooe (VSB # 84170)
Mary Louise Roberts (VSB # 34305)
Lisa Moran McMurdo (VSB # 44371)
MORAN REEVES & CONN PC
1211 East Cary Street
Richmond, Virginia 23219
Telephone:  (804) 421-6250
Facsimile:  (804) 421-6251
ereeves@moranreevesconn.com
lmayhooe@moranreevesconn.com
mroberts@moranreevesconn.com
lmcmurdo@moranreevesconn.com