IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
AUG 1 5 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PATRICIA E. MULLINEX,
Individually and as Executor of the
Estate of Herbert H. Mullinex, Jr.,

Plaintiff,

v.

Case No. 4:18-cv-00033-RAJ-DEM

JOHN CRANE INC.,

Defendant.

## ORDER

Before the Court is John Crane, Inc.'s ("Defendant") Motion for Summary Judgment. Mot. Summ. J., ECF No. 547. The Court reviewed the parties' pleadings, including responses and replies, and this matter is ripe for adjudication.

The Court **FINDS** that there are still genuine issues of material fact regarding Plaintiffs wrongful death claim, a claim that was never challenged by Defendants at summary judgment. Accordingly, Defendant's Motion for Summary Judgment is **DENIED**.

The Clerk is **DIRECTED** to send a copy of this Order to the parties and all counsel of record.

**IT IS SO ORDERED.**

Newport News, Virginia
August 15, 2022

/s/
Raymond A. Jackson
United States District Judge