IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
AUG 22 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PATRICIA E. MULLINEX,
Individually and as Executor of the
Estate of Herbert H. Mullinex, Jr.,

    Plaintiff,

v.     Case No. 4:18-cv-00033-RAJ-DEM

JOHN CRANE INC.,

    Defendant.

## ORDER

Before the Court is Patricia E. Mullinex's ("Plaintiff") Motion for Leave to File a Fourth Amended Complaint ("Motion for Leave"). Mot. Leave Am. Compl., ECF No. 545. The Court reviewed the parties' pleadings, including responses and replies, and this matter is ripe for adjudication.

The Court **FINDS** that Plaintiff's proposed Fourth Amended Complaint is virtually the same as the Third Amended Complaint (ECF No. 478), with the only change being a specific citation to the Virginia wrongful death statute. For these reasons, the Court finds that an amendment would be futile. Accordingly, Plaintiff's Motion for Leave is **DENIED**.

The Clerk is **DIRECTED** to send a copy of this Order to the parties and all counsel of record.

IT IS SO ORDERED.

Newport News, Virginia
August 19, 2022

Raymond A. Jackson
United States District Judge