IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

PATRICIA E. MULLINEX,
Individually and as Executor of the
Estate of Herbert H. Mullinex, Jr.

    **Plaintiff,**

v.              Case No. 4:18-cv-00033-RAJ-DEM

JOHN CRANE, INC.,

    **Defendant.**

## PLAINTIFF'S MOTION FOR DEFAULT

  COMES NOW Plaintiff, Patricia E. Mullinex, by counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and moves this Court to enter a default against Defendant, John Crane, Inc., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend, as required by this Court's Order (*see* ECF 447) and Fed. R. Civ. P. 15(a)(3). Plaintiff respectfully requests that this Court grant her motion for the reasons set forth in *Plaintiff's Memorandum in Support of Motion for Default* and *Plaintiff's Affidavit in Support of Request for Entry of Default* and for such other relief as the Court deems just and proper.

Respectfully Submitted,

By: /s/ Hugh B. McCormick, III, Esq.
    Of Counsel

Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Daniel R. O. Long, Esq. (VSB # 95873)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
pleadings@pwhd.com
hughmccormick@pwhd.com
Counsel for Plaintiff

Nathan D. Finch, Esq. (VSB #34290)
MOTLEY RICE LLP
401 9th Street, NW, Suite 630
Washington DC, 20004
Phone: (202) 232-5504
Fax: (202) 232-5513
Email: nfinch@motleyrice.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2022, a true and accurate copy of the foregoing was filed electronically with the United States District Court for the Eastern District of Virginia using the CM/ECF system, which automatically sends all necessary notifications of this filing to the following:

Eric G. Reeves, Esq.
Laura May Hooe, Esq.
Mary Lou Roberts, Esq.
Lisa Moran McMurdo, Esq.
**MORAN, REEVES & CONN, P.C.**
1211 East Cary Street
Richmond, VA 23219
Counsel for John Crane, Inc.

Brian James Schneider, Esq.
**SPOTTS FAIN, PC**
411 E. Franklin St., Suite 600
Richmond, VA 23219
Counsel for John Crane, Inc.

Christopher O. Massenburg, Esq. (admitted *pro hac vice*)
**MANNING GROSS & MASSENBURG, LLP**
14 Wall Street, 28th Floor
New York, New York 10005
Counsel for John Crane, Inc.