**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | | |
|---|---|---|
| PATRICIA E. MULLINEX, INDIVIDUALLY AND AS THE EXECUTOR OF THE ESTATE OF HERBERT H. MULLINEX, JR. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:18-cv-00033-RAJ-DEM |
| JOHN CRANE INC., | ) ) ) | |
| Defendant. | ) | |

**JOHN CRANE INC.'S MOTION FOR LEAVE TO FILE
CORRECTED ANSWER TO THIRD AMENDED COMPLAINT**

COMES NOW Defendant John Crane Inc. ("JCI"), by counsel, and submits its *Motion for Leave to File Corrected Answer to Third Amended Complaint*. For the reasons set forth in the accompanying Memorandum of Law filed contemporaneously herewith, JCI respectfully requests that the Court grant it leave to file the proposed *Corrected Answer to Third Amended Complaint* attached as **Exhibit A** to the accompanying Memorandum of Law, and for such other relief as the Court deems just and proper.

Dated: October 26, 2022

                                                     **Respectfully submitted,
JOHN CRANE INC.,
Defendant**

                                                     By:    /s/ Eric G. Reeves
                                                                           Counsel

| | |
|---|---|
| Eric G. Reeves (VSB # 38149) | Brian J. Schneider (VSB #45841) |
| Laura May Hooe (VSB # 84170) | SPOTTS FAIN PC |
| Mary Louise Roberts (VSB # 34305) | 411 E. Franklin Street |
| Lisa Moran McMurdo (VSB # 44371) | Suite 600 |
| MORAN REEVES & CONN PC | Richmond, Virginia 23219 |
| 1211 E. Cary Street | Telephone: (804) 921-1306 |
| Richmond, Virginia 23219 | bschneider@spottsfain.com |
| Telephone: (804) 421-6250 | |
| Facsimile: (804) 421-6251 | |
| ereeves@moranreevesconn.com | |
| lmayhooe@moranreevesconn.com | |
| mroberts@moranreevesconn.com | |
| lmcmurdo@moranreevesconn.com | |

Christopher O. Massenburg, Esq (admitted *pro hac vice*)
MANNING GROSS & MASSENBURG, LLP
14 Wall Street, 28th Floor
New York, New York 10005
Telephone: (504) 799-0504
Facsimile: (504) 535-2886
cmassenburg@mgmlaw.com

***Counsel for John Crane Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2022, a true and accurate copy of the foregoing was filed electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Eric G. Reeves
Eric G. Reeves (VSB # 38149)
Laura May Hooe (VSB # 84170)
Mary Louise Roberts (VSB # 34305)
Lisa Moran McMurdo (VSB # 44371)
MORAN REEVES & CONN PC
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
ereeves@moranreevesconn.com
lmayhooe@moranreevesconn.com
mroberts@moranreevesconn.com
lmcmurdo@moranreevesconn.com
